IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JESSIE CLIFTON SMITH                                    PETITIONER

V.                                               Case No. 3:02cv1539WS

MICHAEL MOORE                                           RESPONDENT

## ORDER AUTHORIZING REPRODUCTION
## OF COURT FILE

THERE CAME on this day to be heard, the motion of Petitioner, JESSIE

CLIFTON SMITH, by and through counsel, to authorize the reproduction of the

Court records, including the record that was sent to the Fifth Circuit Court of

Appeals, and that said record be submitted for reproduction to ASAP Printing.  The

Court, being fully advised in the premises, finds that said motion is well taken and

should be granted.  Accordingly, it is,

ORDERED AND ADJUDGED that ASAP Printing be and it is hereby

allowed to retrieve the record from the Clerk of this Court,  reproduce it quickly,

and return it to the Clerk's Office immediately afterwards.

SO ORDERED this the 23 day of _____Jun_____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE