**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JESSIE CLIFTON SMITH**                                                              **PETITIONER**

**vs.**                                                          **Civil Action No. 3:02-cv-1539 HTW-JCS**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS**                                                                          **RESPONDENT**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the petition for habeas corpus filed by petitioner Smith be dismissed with prejudice. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED, THIS THE 28th DAY OF December, 2006.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**